IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| DAVID M. KENNEDY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:05-CV-01764-GLL |
| | ) | |
| NORFOLK SOUTHERN RAILWAY COMPANY, | ) | Hon. Gary L. Lancaster |
| | ) | |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, to wit, this 14 day of April, 2008, upon consideration of the Stipulation of Dismissal filed on behalf of the parties pursuant to Fed. R. Civ. P. 41(a), it is hereby **ORDERED** that the Stipulation is **GRANTED**, and that the civil case be, and the same is hereby dismissed with prejudice. Each party to bear their own costs.

BY THE COURT:

_____
Gary L. Lancaster
United States District Judge